UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL J. McQUAIG                                    CIVIL ACTION

versus                                             NO. 09-3465

ROBERT TANNER, WARDEN, R.C.C.                      SECTION: "I" (3)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Paul J. McQuaig** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___26th___ day of October, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE